# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | Criminal Nos. 2:08-cr-00628-JMG-5 |
| | : | and 2:10-cr-00685-JMG-1 |
| MARVIN NEAL | : | |

_____

## **ORDER**

**AND NOW,** this 9th day of October, 2020, upon careful consideration of Defendant Marvin Neal's Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), *see* Dkt. No. 08-cr-628, ECF No. 234; Dkt. No. 10-cr-685, ECF No. 30, the government's response in opposition, *see* Dkt. No. 08-cr-628, ECF No. 236; Dkt. No. 10-cr-685, ECF No. 32, defense counsel's letters dated August 25, 2020, and September 14, 2020, and the letter from Gail Hightower-Neal dated September 14, 2020, it is **ORDERED** that Neal's motion is **DENIED** for the reasons set forth in the accompanying Memorandum**.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge