**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 2:08-cr-00628-JMG-5 |
| | : | |
| MARVIN NEAL | : | |

**ORDER**

**AND NOW**, this 3rd day of November, 2026, upon consideration of Defendant's Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e)(1) (ECF No. 243), the Government's Response in Opposition to Defendant's Motion (ECF No. 245) and the memorandum provided by the U.S. Probation Office dated September 12, 2026, **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 243) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge